FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUN 24 AM 10: 59

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RONALD E. MOLTON, SR. and DANIEL DAVIS, JR. | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Case No. CV405-83 |
| AL ST. LAWRENCE and McARTHUR HOLMES, | )<br>)<br>) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22nd day of JUNE, 2005.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

# United States District Court
## Southern District of Georgia

Ronald E. Molton, Sr., et al.
_____ )

vs ) CASE NUMBER  CV405-083

Al St. Lawrence, et al.
_____ ) DIVISION  SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/24/05 _____, which is part of the official record of this case.

Date of Mailing:  6/24/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: /s/ _____
Deputy Clerk

**Name and Address**

Daniel Davis, Chatham County Detention Center, 1050 Carl Griffin Dr., Savannah, GA 31405
Ronald E. Molton, Chatham County Detention Center, 1050 Carl Griffin Dr., Savannah, GA 31405

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate